# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL D. COYNE,<br><br>Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOANS, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00779-APG-VCF<br><br>**ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

In light of the notice of settlement (ECF No. 10),

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant CitiBank-Sears/CBNA are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss defendant CitiBank-Sears/CBNA on or before August 15, 2016.

DATED this 16th day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE