David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Michael D. Coyne

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael D. Coyne,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST HORIZON HOME LOANS;NATIONSTAR MORTGAGE; CITIBANK, NATIONAL ASSOCIATION A/K/A SEARS/CBNA; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　Defendant(s). | Case No.: **2:16-cv-00779-APG-VCF**<br><br>**NOTICE OF SETTLEMENT BETWEEN MICHAEL D. COYNE AND <u>FIRST HORIZON HOME LOANS</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between Michael D. Coyne ("Plaintiff") and Defendant First Horizon Home Loans ("First Horizon Home Loans") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against

First Horizon Home Loans, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to First Horizon Home Loans be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to First Horizon Home Loans.

Dated:  October 14, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*Michael D. Coyne*

IT IS HEREBY ORDERED that the parties must file the proposed stipulation and order for dismissal on or before December 14, 2016.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED:  10-14-2016