David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Michael D. Coyne*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Michael D. Coyne,<br><br>                Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOANS; NATIONSTAR MORTGAGE; CITIBANK, NATIONAL ASSOCIATION A/K/A SEARS/CBNA; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>                Defendants. | Case No. 2:16-cv-00779-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO FIRST HORIZON HOME LOANS ONLY** |

   Plaintiff Michael D. Coyne and First Horizon Home Loans hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, First Horizon Home Loans**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: December 15, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Ariel E. Stern, Esq.
Ariel E. Stern, Esq.
Akerman, LLP
1160 Town Center Dr. Suite 330
Las Vegas, NV 89144

/s/ Allison R. Schmidt, Esq.
Allison R. Schmidt, Esq.
Akerman, LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Defendant*
*FIRST HORIZON HOME LOANS*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 15, 2016
_____